RUTH ZUCKERBROD et al., Respondents, *v.* BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant.

Submitted July 11, 1951; decided July 11, 1951.

*Benjamin M. Zelman* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, on the ground that the order does not finally determine any action or special proceeding within the meaning of the Constitution.   [See 303 N. Y. 609.]